## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

    VS.                          CIVIL NO. 98-1256(JAF)

CARMEN SOSA-VIÑAS

### DESCRIPTION OF MOTION

DATE FILED: 11/01/99   DOCKET: 7   TITLE: NOTICE OF SATISFACTION OF JUDGMENT

[x] Plaintiff(s)   [] Pretrial
[] Defendant(s)   [] Probation

### O-R-D-E-R

SATISFACTION OF JUDGMENT IS HEREBY ENTERED.

___11/01/99___
DATE

FRANCES RIOS DE MORAN
CLERK OF THE COURT

BY: _____
DEPUTY CLERK